**Lillian DEAN, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

No. 03–3302.

United States Court of Appeals, Federal Circuit.

Sept. 16, 2004.

Paul Lomberg, Lomberg & Delvescovo, Hackensack, NJ, for Petitioner.

David F. D'Alessandris, Harold D. Lester, Jr., David M. Cohen, Department of Justice, Washington, DC, for Respondent.

Before NEWMAN, MICHEL, and PROST, Circuit Judges.

## JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED: *AFFIRMED.* *See* Fed. Cir. R. 36